IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-104-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.     HENRY ANTHONY EVANS,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The time of the **Status Conference** set for this Friday, **September 9, 2011** is changed to **9:00 a.m.**.

Dated: September 6, 2011