IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-104-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.     HENRY ANTHONY EVANS,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    A motions hearing to include consideration of all pending motions, but specifically including Defendant's Motion to Suppress (Doc. 36), is set for Monday, September 26, 2011, at 9:30 a.m. in Courtroom A-802, Alfred A. Arraj U.S. District Courthouse, Denver.

---

Dated: September 9, 2011