IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-104-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    HENRY ANTHONY EVANS,**

        Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    A Final Trial Preparation Conference is set for **September 27, 2011 at 3:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  September 12, 2011